Exhibit 1

Google Search on August 25, 2022, for "dreamcatchers paris hilton" – Third Listed is

https://donnabellahair.com



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit 2</u>

March 15, 2022, Announcement on Donna Bella Hair website "Paris Launches Hair Extension Line – Dreamcatchers" with "Shop Now" button.



SHOP HAIR EXTENSIONS ⌄    TOOLS & ACCESSORIES ⌄    HELP GUIDE ME ⌄    SALON PROFESSIONALS ⌄    DBH MEMBERSHIP

**RECENT ARTICLES**

**8 Reasons To Choose Hybrid Wefts**
Whether you're getting ready for work, freshening up for a girl's night out, or staying in with some much needed...

**Hybrid Wefts 101: What are the[y] you should be excited!**
The secret is out! Hybrid Wefts are make their mark on salons everyw[here] think you're going...

**Seeing Pink?**
If you've been spending some time Donna Bella website lately, you ma[y] noticed that there's a lot...

**TAGS**

ALL
#PINKSTRANDS
20%
AMERICA'S BEAUTY SHOW
AMERICAN IDOL HAIR EXTENSIONS
BEADED HAIR EXTENSIONS
BEADS
BEAUTY
BOHEMIAN STYLE
BOLD STYLES
BREAST CANCER
CAMPAIGN
CELEBRITY HAIR EXTENSIONS
CERTIFICATION
CHICAGO
CLIENT
CLIP IN CLIP OUT
CLIP-IN HAIR EXTENSIONS
COCONUT OIL

**Paris Launches Hair Extension Line – DreamCatchers**

15
MAR

**HEY THERE!**
Enter your email below to receive EXCLUSIVE OFFERS & NEWS from us asap!

EMAIL ADDRESS

I am:
☐ An individual shopping for myself
☐ A stylist shopping for clients

**SIGN UP**

By completing this form you are signing up to receive our emails and can unsubscribe at any time.

It was announced today that Paris Hilton has launched her signature DreamCatchers European hair extensions at the annual Chicago Midwest Beauty Show in Rosemont.

"Hair is such an important part of my everyday life, I wear a different hairstyle everyday, and I want great hair to be easy for everyone," Hilton said.

CAMPAIGN

CELEBRITY HAIR EXTENSIONS

CERTIFICATION

CHICAGO

CLIENT

CLIP IN CLIP OUT

CLIP-IN HAIR EXTENSIONS

COCONUT OIL

CUSTOM

DAMP

DAMPNESS

DIY EXTENSIONS

DONNA BELLA

DONNA BELLA HAIR

DONNA BELLA HAIR EXTENSION

DONNA BELLA HAIR EXTENSIONS

ECO FRIENDLY HAIR SALON

FASHION

FREE SHIPPING

FUSION HAIR EXTENSIONS

GLUE-IN HAIR EXTENSIONS

GREEN HAIR

HAIR

HAIR EXTENSION

HAIR EXTENSION BUSINESS

It was announced today that Paris Hilton has launched her signature DreamCatchers European hair extensions at the annual Chicago Midwest Beauty Show in Rosemont.

> "Hair is such an important part of my everyday life, I wear a different hairstyle everyday, and I want great hair to be easy for everyone," Hilton said.

DreamCatchers permanent extensions, produced by HairTech International, come in a various textures and colors. DreamCatchers hair extensions are made of virgin (unprocessed) hair, and can be styled, permed or colored. It's reported that each extension will cost between $8 to $10.
According to HairTech International CEO Chris Volek:

> "The extensions are applied in a salon and take about two hours for a full head application - four to six hours less than most other extension processes."

Paris noted that, after wearing the extensions for a couple months she should tie her name to them:

> "It's something I really believe in," she cooed. "I want my fans to feel great, to feel sexy."

Shop Now

nce on our website. Learn More

Got it!



TrustedSite

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit 3</u>

Red Circles on Exhibit 2 identifying trademark infringement, and false statements of

fact, followed by a "Shop Now" button.

donnabellahair.com/blogs/hair-extension-news/paris-launches-hair-extension-line-dreamcatchers

# donna bella hair®

SHOP HAIR EXTENSIONS ⌄     TOOLS & ACCESSORIES ⌄     HELP GUIDE ME ⌄     SALON PROFESSIONALS ⌄     DBH MEMBERSHIP

**RECENT ARTICLES**

**8 Reasons To Choose Hybrid Wefts**
Whether you're getting ready for work, freshening up for a girl's night out, or staying in with some much needed...

**Hybrid Wefts 101: What are they you should be excited!**
The secret is out! Hybrid Wefts are make their mark on salons everywhere think you're going...

**Seeing Pink?**
If you've been spending some time Donna Bella website lately, you ma noticed that there's a lot...

**TAGS**

ALL
#PINKSTRANDS
20%
AMERICA'S BEAUTY SHOW
AMERICAN IDOL HAIR EXTENSIONS
BEADED HAIR EXTENSIONS
BEADS
BEAUTY
BOHEMIAN STYLE
BOLD STYLES
BREAST CANCER
CAMPAIGN
CELEBRITY HAIR EXTENSIONS
CERTIFICATION
CHICAGO
CLIENT
CLIP IN CLIP OUT
CLIP-IN HAIR EXTENSIONS
COCONUT OIL

Paris Launches Hair Extension Line **DreamCatchers**

**15 MAR**

## HEY THERE!

Enter your email below to receive EXCLUSIVE OFFERS & NEWS from us asap!

[ EMAIL ADDRESS ]

I am:
☐ An individual shopping for myself
☐ A stylist shopping for clients

**SIGN UP**

By completing this form you are signing up to receive our emails and can unsubscribe at any time.

It was announced today that Paris Hilton has launched her signature DreamCatchers European hair extensions at the annual Chicago Midwest Beauty Show in Rosemont.

"Hair is such an important part of my everyday life, I wear a different hairstyle everyday, and I want great hair to be easy for everyone," Hilton said.

CAMPAIGN
CELEBRITY HAIR EXTENSIONS
CERTIFICATION
CHICAGO
CLIENT
CLIP IN CLIP OUT
CLIP-IN HAIR EXTENSIONS
COCONUT OIL
CUSTOM
DAMP
DAMPNESS
DIY EXTENSIONS
DONNA BELLA
DONNA BELLA HAIR
DONNA BELLA HAIR EXTENSION
DONNA BELLA HAIR EXTENSIONS
ECO FRIENDLY HAIR SALON
FASHION
FREE SHIPPING
FUSION HAIR EXTENSIONS
GLUE-IN HAIR EXTENSIONS
GREEN HAIR
HAIR
HAIR EXTENSION
HAIR EXTENSION BUSINESS

It was announced today that Paris Hilton has launched her signature DreamCatchers European hair extensions at the annual Chicago Midwest Beauty Show in Rosemont.

> "Hair is such an important part of my everyday life, I wear a different hairstyle everyday, and I want great hair to be easy for everyone," Hilton said.

DreamCatchers permanent extensions, produced by HairTech International, come in a various textures and colors. DreamCatchers hair extensions are made of virgin (unprocessed) hair, and can be styled, permed or colored. It's reported that each extension will cost between $8 to $10.
According to HairTech International CEO Chris Volek:

> "The extensions are applied in a salon and take about two hours for a full head application - four to six hours less than most other extension processes."

Paris noted that, after wearing the extensions for a couple months she should tie her name to them:

> "It's something I really believe in," she cooed. "I want my fans to feel great, to feel sexy."

Shop Now

nce on our website. Learn More

Got it!



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit 4</u>

Defendants' "Shop Now" button redirects deceived consumers to purchase "Donna

Bella" hair extensions at "donnabellahair.com/pages/shop"

 SHOP | Donna Bella Hair   ✕   +

🔒 donnabellahair.com/pages/shop



SHOP HAIR EXTENSIONS ⌄     TOOLS & ACCESSORIES ⌄     HELP GUIDE ME ⌄     SALON PROFESSIONALS ⌄     DBH MEMBERSHIP



## PROFESSIONAL METHODS

✔ 100% Remy Human Hair, cuticle intact

✔ Long-lasting silky hair extensions

✔ Requires professional stylist to install, blend and remove



HYBRID WEFT

Sew in method combining hand tied and machine bonded wefts.

SHOP COLLECTION




TAPE-IN

Pre-taped wefts attach to hair using damage-free adhesive.

SHOP COLLECTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 5

The "Dream Catchers" trademark in IC 026 "hair extensions," which is both

incontestable and famous.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Dec 15 03:17:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DREAM CATCHERS

| | |
|---|---|
| **Word Mark** | DREAM CATCHERS |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: Hair extensions. FIRST USE: 20070630. FIRST USE IN COMMERCE: 20070630 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78822035 |
| **Filing Date** | February 23, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 26, 2006 |
| **Registration Number** | 3674581 |
| **Registration Date** | August 25, 2009 |
| **Owner** | (REGISTRANT) Hair Tech, Inc. CORPORATION GEORGIA 16310 Bake Parkway Irvine CALIFORNIA 92618 |
| | (LAST LISTED OWNER) VOLEK, CHRISTOPHER MARK AKA DREAMCATCHERS INDIVIDUAL UNITED STATES 1075 GRAY BRANCH RD. MCKINNEY TEXAS 75071 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | christopher brainard |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180924. |
| **Renewal** | 1ST RENEWAL 20180924 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

https://www.uspto.gov/index.html

1

<u>Exhibit 6</u>

2

"Donna Bella" trademark in IC 026 "hair extensions," owned by BIG.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 15 03:47:23 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ] OR   Jump   to record: [ ]   **Record 16 out of 58**

---

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DONNA BELLA HAIR

| | |
|---|---|
| **Word Mark** | DONNA BELLA HAIR |
| **Translations** | The English translation of "**DONNA BELLA**" in the mark is "BEAUTIFUL WOMAN". |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: Hair extensions. FIRST USE: 20060901. FIRST USE IN COMMERCE: 20060901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86935997 |
| **Filing Date** | March 10, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 4, 2017 |
| **Registration Number** | 5226010 |
| **Registration Date** | June 20, 2017 |
| **Owner** | (REGISTRANT) BIG IP OPCO., LLC LIMITED LIABILITY COMPANY UTAH 631 NORTH 400 WEST SALT LAKE CITY UTAH 84103 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Darren Spielman |

| | |
|---|---|
| **Prior Registrations** | 4798796 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAIR" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Exhibit 7</u>**

"Donna Bella Hair Extensions" Three (3) Samples - Hair Quality Technical Report, Grades: D-/F, D+,

D+.

# +Hair Sample Technical Report

## SAMPLES Donna Bella Hair Extensions (Samples Purchased 2022)

Report Generated By:
Christopher Brainard
Chief Hair Tech
DREAMCATCHERS INTERNAIONAL, INC.
HAIRLOCS, INC.

**D+**   Donna Bella Hair #12/600 - 22" 30 grams - Mixed
**D+**   Donna Bella Hair #60 - 22" 30 grams - Mixed/Breakage
**D-/F**   Donna Bella Hair #80 - 18" 25 grams - Damaged

Testing Date: January 10, 2023

## Sample Identification

Sample presents as a "THREE SAMPLES PURCHASED FROM DONNA BELLA 2022" – Three pieces Colors: #12/600, #60, #80 (Image 1)

## Diameter:  Below Average

Analysis of the diameter of the all three hair samples demonstrated in the normative range (range 17 um to 180 um) with the average score for absolute diameter being consistently approximately 90-100 um.  Testing on samples demonstrates that hair that consistently exceeds 110 um presents tends to be rough when surface conditioners like silicon or natural oils (example Jojoba) are removed.  As such, the sample provided tested and when given an observational score from one (1) to ten (10) with a lower score being indicative of finer/softer hair, the diameter is scored as a six (6) indicating a tendency to be course.

## PH Analysis:  Normal

Slight acidity in the presence of full cuticle will cause cuticle structure to lay flat and give an initial impression of soft silky hair.  Excessive acidity indicates excessive or improper processing.  The #12/600, #60, #80 demonstrated pH of 6, 5.5 and 5.5 respectively.

## Cuticle Analysis and Cuticle Quality:  Extremely Poor

### #12/600 – Partial or No Cuticle, Mixed, Hair Shaft Breakage.  Grade: D+

### #60 – Partial Cuticle, Mixed Hair Quality.  Grade: D+

### #80 – Partial Cuticle, Damaged Hair:  Grade: D-/F

Each of the three (3) samples presented different levels of processing and cuticle under three types of light.

Microscopic observation of the "Piano" two color hair (i.e., #12/600) was inconsistent with merely No Cuticle in 30% of the strands observed and only partial cuticle on 50% of the strands closely observed.  Scarring was present indicating improper processing and tendency of hair to dry rapidly and become course and tangle.  (Images 2 & 3).

Microscopic observation of the #60 "Blond" was consistently partial cuticle only in approximately 65% of the strands closely observed.  More hair shaft scarring indicated heavy damage most likely from improper processing. (Images 4 & 5).

Microscopic observation of the #80 "Blond" was consistently partial cuticle only in approximately 65% of the strands closely observed.  More hair shaft scarring indicated heavy damage most likely from improper processing.  (Images 6 & 7).

## Medullary Index: Inconsistent, Average, Cuticle Differences, Mixing

The medullary index provides a lower percent indicates softer hair.  For the #12/600 hair the index was observed varied and included at least both 30% and 33%, for the #60 it was observed varied and included at least 29%, 30%, and 32% (indicating mixing of different quality hair), for the #80 it was observed as varied and included at least 29%, 30%, and 33%.  Cuticle structure comparison between strands showed variance with strands within each sample further confirming mixing of different hair and different quality hair (dilution).

## Conclusions

Tester identifies all hair as below Dreamcatchers' standard and not warrantable.  Tester provides an overall score of (D-/FAIL) on the #80 Hair, (D+) on the #60 Hair, and (D+) on the #12/600 Hair.  This hair was poor quality throughout, of mixed lower quality damaged hair with scarring.

Representative Images to follow:

**IMAGE 1 – SAMPLES IN PACKAGING PURCHASED FROM DONNA BELLA VIA "SHOP NOW BUTTON 2022"**



**#12/600 – Partial or No Cuticle, Mixed, Hair Shaft Breakage.  Grade: D+**

**Image 2 - #12/600 (Longitudinal and Horizontal Breakage/Scarring)**



**#12/600 – Partial or No Cuticle, Mixed, Hair Shaft Breakage.  Grade: D+**

**Image 3 - #12/600 (Longitudinal and Horizontal Breakage/Scarring)**



**#60 – Partial Cuticle, Mixed Hair Quality.  Grade: D+**

**Image 4 - #60 (Heavy Scarring)**



6

**#60 – Partial Cuticle, Mixed Hair Quality.  Grade: D+**

**Image 5 - #60 (Horizontal scarring)**



**#80 – Partial Cuticle, Damaged Hair:  Grade: D-/F**

**Image 6 - #80 (Very low quality hair, damaged, heavy scarring/breakage)**



8

**#80 – Partial Cuticle, Damaged Hair:  Grade: D-/F**

**Image 7 - #80 (Low quality hair, damaged, horizontal scarring/breakage)**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 8**

"Dream Catchers Hair Extensions" Four (4) Samples – Hair Quality Technical Report, Grades: A, A,

A+, A.

# ✛ Hair Sample Technical Report

## SAMPLES Dream Catchers Hair Extensions

Report Generated By:
Christopher Brainard
Chief Hair Tech
DREAMCATCHERS INTERNAIONAL, INC.
HAIRLOCS, INC.

A   Dream Catchers Hair #8 (Auburn) – Full Cuticle
A   Dream Catchers Hair #19 (Blond) – Full Cuticle
A   Dream Catchers Hair # 12 (Light Auburn) – Full Cuticle
A   Dream Catchers Hair #20 (Light Blond) – Full Cuticle

Testing Date: January 10, 2023

## Sample Identification

Sample presents as a "FOUR SAMPLES DREAM CATCHERS INVENTORY 2022" – Four Pieces Colors: #12, #19, #10, #20

## Diameter:  Above Average

Analysis of the diameter of the all three hair samples demonstrated in the normative range (range 17 um to 180 um) with the average score for absolute diameter being consistently below 80um and at 60-80 um.  As such, the sample provided tested and when given an observational score from one (1) to ten (10) with a lower score being indicative of finer/softer hair, the diameter is scored as a four (4) indicating a tendency to be soft.

## PH Analysis:  Normal

Slight acidity in the presence of full cuticle will cause cuticle structure to lay flat and give an initial impression of soft silky hair. Excessive acidity indicates excessive or improper processing.  The #12, #19, #10, and #20 all consistently demonstrated pH of 5.5, 5, 5.5, and 5, respectively.

## Cuticle Analysis and Cuticle Quality:  Excellent/Exceptional

## #8 (Auburn) – Full Cuticle, No Breakage/No Scarring.  Grade: A

## #19 (Blond) – Full Cuticle, No Breakage/No Scarring.  Grade: A

## #12 (Light Auburn) – Full Cuticle, No Breakage/No Scarring Top/Bottom.  Grade: A

## #20 (Light Blond) – Full Cuticle, No Breakage/No Scarring.    Grade: A

Each of the Four (4) samples presented consistent full cuticle structure throughout the hair in samples, under three types of light.

Microscopic observation of the #8 "Auburn" demonstrated full cuticle on over 90% of the strands observed and partial to full cuticle on approximately 10% of the strands closely observed.  No scarring, breakage, or damage was present indicating superior processing and tendency of hair to remain soft and silky for as long as it is properly cared for.  (Image 1).

Microscopic observation of the #19 "Blond" was consistently full cuticle in approximately 85% of the strands closely observed and partial to full cuticle on 15% of the stands closely observed.  No scarring, breakage, or damage was present indicating superior processing and tendency of hair to remain soft and silky for as long as it is properly cared for.  (Image 2).

Microscopic observation of the #12 "Light Auburn" was consistently full cuticle in approximately 95% of the strands closely observed and partial to full cuticle on 5% of the stands closely observed.  No scarring, breakage, or damage was present from top

to bottom of sample indicating nearly perfect processing and hair which will remain soft and silky for as long as it is properly cared for. (Image 3).

Microscopic observation of the #20 "Light Blond" was consistently full cuticle in approximately 85% of the strands closely observed and partial to full cuticle on 15% of the stands closely observed. No scarring, breakage, or damage was present indicating superior processing and tendency of hair to remain soft and silky for as long as it is properly cared for. (Image 4).

## Medullary Index: Consistent, Above Average, Cuticle Comparison

The medullary index provides a lower percent indicates softer hair. For the #8 "Auburn" hair the index was 31%, for the #19 "Blond" hair it was 28%, for the #12 "Light Auburn" it was 32%, and for the #20 "Light Blond" it was 28% - Samples were consistent suggesting single donor in each sample, good hair color selection, and good processing. Analysis of strands cuticle structure was consistent from strand to strand suggesting single donors.

## Conclusions

Tester identifies all hair as consistent with Dreamcatchers' standard and fully warrantable. Tester provides an overall score of excellent (A) on the #8 Hair, excellent (A) on the #19 Hair, and exceptional/rare (A) on the #12 Hair, and excellent (A) on #20 hair. This hair was excellent and exceptional quality throughout free of breakage or other damage.

Representative Images to follow:

## Image 1 - #8 – Full Cuticle, Excellent, Little/No Damage.  Grade: A.



**Image 2 - #19 – Full Cuticle, Excellent, No Damage.  Grade A.**



4

**Image 3 - #12 – Full Cuticle Throughout, Exceptional, No Damage.  Grade A.**



**Image 4 - #20 – Full Cuticle, Excellent, No Damage.  Grade A.**

