Elliot J. Hales (SBN 293535)
Tamara L. Kapaloski (SBN 13741)
DORSEY & WHITNEY LLP
111 S. Main St., Suite 2100
Salt Lake City, UT 84111
Telephone: 801.933.7360
Facsimile: 801.933.7373
hales.elliot@dorsey.com
kapaloski.tammy@dorsey.com

*Attorney for Defendant Donna Bella OPCO, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DREAM CATCHERS INTERNATIONAL, INC., a Georgia Corporation; CHRISTOPHER VOLEK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DONNA BELLA Opco, LLC, a Utah limited liability company; and DOES 1 through 30, inclusive,<br><br>Defendants. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:23-cv-00088-HCN<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Defendant Donna Bella OPCO, LLC ("Donna Bella") states as follows:

Donna Bella OPCO, LLC is a wholly owned subsidiary of BIG PledgeCo, LLC d/b/a Beauty Industry Group.  No publicly traded company owns more than 10% of Defendant's stock.

DATED:  May 17, 2023.          DORSEY & WHITNEY LLP


                              By: */s/ Elliot J. Hales*
                              Elliot J. Hales
                              Tamara L. Kapaloski
                              *Attorneys for Defendant Donna Bella*